COOPERSTOWN HOLSTEIN CORPORATION, Appellant, v TOWN OF MIDDLEFIELD, Respondent.

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted April 28, 2014; decided May 1, 2014

Motion by Joint Landowners Coalition of New York, Inc., et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

FREDERICK INGUTTI et al., Appellants, v ROCHESTER GENERAL HOSPITAL, Respondent.

Decided May 1, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

KEYSPAN GAS EAST CORPORATION, Respondent, v MUNICH RE-INSURANCE AMERICA, INC., et al., Appellants.

Submitted April 21, 2014; decided May 1, 2014

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge LIPPMAN and Judge RIVERA taking no part.